**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOYCE ANN MURRELL, | No. 08-55352 |
| Plaintiff - Appellant, | D.C. No. 2:07-cv-08039-GHK |
| v. | |
| NORTIN & STURINO; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted November 17, 2009 [**]

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Joyce Ann Murrell appeals pro se from the district court's order denying her

request to proceed in forma pauperis. We have jurisdiction pursuant to 28 U.S.C.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291. We review for abuse of discretion, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990), and we affirm.

The district court did not abuse its discretion in denying Murrell in forma pauperis status because it appears from the face of the complaint that the action is frivolous. *See id.* (according broad deference to lower court in reviewing a denial of leave to proceed in forma pauperis).

Murrell's remaining contentions are unpersuasive.

Murrell's motions for judicial notice are denied.

**AFFIRMED**.